IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERMAINE DAVID RICHARDSON,<br><br>Defendant. | CR 18-110-BLG-SPW<br><br>**ORDER TO VACATE DETENTION HEARING** |

Before the Court is Defendant's Motion to Vacate Detention Hearing. (Doc. 9.) Good cause appearing, IT IS HEREBY ORDERED that the Detention Hearing presently set for September 26, 2018, at 10:30 a.m. is **VACATED**.

DATED this 25th day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge