IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-110-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CONTINUING HEARING** |
| JERMAINE DAVID RICHARDSON, | |
| Defendant. | |

Upon the United States' unopposed motion, and good cause appearing, IT IS HEREBY ORDERED that the Motion to Suppress hearing presently set for November 20, 2018 shall be continued to **November 21, 2018, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 5th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge