FILED

SEP 06 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JERMAINE DAVID RICHARDSON, Defendant. | CR 18-110-BLG-SPW<br><br>ORDER |
|---|---|

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 77). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

DATED this 5th day of September, 2019.

SUSAN P. WATTERS
United States District Court Judge

1