IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **JERMAINE DAVID RICHARDSON,** **Defendant.** | CR 18-110-BLG-SPW ORDER |

Pending before the Court is the Defendant's Unopposed Motion to Continue Final Hearing RE: Revocation of Supervised Release (Doc. 108) for the reason Defendant has another case, CR-23-19-BLG-SPW, pending with this Court. In order for the revocation hearing to coincide with Mr. Richardson's case, CR-23-19-BLG-SPW,

**IT IS HEREBY ORDERED** that the revocation hearing currently set for Wednesday, March 29, 2023, at 2:30 p.m., is **VACATED.**

1

**IT IS FURTHER ORDERED** that the revocation proceedings are **STAYED** until the resolution of CR 23-19-BLG-SPW, at which time the revocation hearing will be rescheduled.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 20th day of March, 2023.

SUSAN P. WATTERS
United States District Judge