IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERMAINE DAVID RICHARDSON,<br><br>Defendant. | CR 18-110-BLG-SPW<br><br>ORDER |

This Court vacated the Final Revocation Hearing in the above-captioned matter pending the resolution in CR-23-19-BLG-SPW (Doc. 109).

On August 22, 2023 the Defendant, Jermaine David Richardson, changed his plea in case number CR-23-19-BLG-SPW and sentencing has been set. Therefore,

**IT IS HEREBY ORDERED** that the stay is lifted and the revocation hearing is **RESET** for **Wednesday, January 4, 2024 at 9:30 a.m.,** at the same date and time as sentencing in CR-23-19-BLG-SPW.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of August, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge