IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JERMAINE DAVID RICHARDSON, Defendant. | CR 18-110-BLG-SPW AMENDED ORDER CORRECTING HEARING DATE |
|---|---|

This Court vacated the Final Revocation Hearing in the above-captioned matter pending the resolution in CR-23-19-BLG-SPW (Doc. 109).

On August 22, 2023 the Defendant, Jermaine David Richardson, changed his plea in case number CR-23-19-BLG-SPW and sentencing has been set. Therefore,

**IT IS HEREBY ORDERED** that the stay is lifted and the revocation hearing is **RESET** for <u>**Wednesday, January 3, 2024 at 9:30 a.m.**</u>, at the same date and time as sentencing in CR-23-19-BLG-SPW.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of August, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge